Honorable Mary Alice Theiler

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PATRICK VAN HORN,

              Plaintiff,

    v.

DETECTIVE EDWARD MOORE, a City of
Kent police officer, in his individual and
official capacity and JANE DOE MOORE and
the marital community comprised thereof; TY
HONDA, a City of Kent police officer, in her
individual and official capacity and JOHN
DOE HONDA and the marital community
comprised thereof; COMMANDER ROB
SCHOLL, a City of Kent police officer, in his
individual and official capacity and JANE
DOE SCHOLL and the marital community
comprised thereof; SERGEANT J.
THOMPSON, a City of Kent police officer, in
his individual and official capacity and JANE
DOE THOMPSON and the marital community
comprised thereof; CHIEF OF POLICE KEN
THOMAS, in his individual and official
capacity and JANE DOE THOMAS and the
marital community comprised thereof; and the
CITY OF KENT, a municipal corporation.

              Defendants.

No. 2:18-cv-1469

STIPULATION AND ORDER OF
DISMISSAL

NOTE ON MOTION CALENDAR:
NOVEMBER 14, 2018

STIPULATION AND ORDER OF DISMISSAL
(No. 2:18-cv-1469) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**STIPULATION**

It is hereby stipulated by all parties that this action should be dismissed with prejudice and without an award of fees or costs to any party.


DATED: November 21, 2018


KANNIN LAW FIRM, P.S.                    MILLS MEYERS SWARTLING P.S.
Attorneys for Plaintiff                       Attorneys for the Defendants


By:   *s/John Kannin**                        By:   *s/Geoffrey M. Grindeland*
      John Kannin, WSBA No. 27315             Geoffrey M. Grindeland, WSBA No. 35798
      Kannin Law Firm, P.S.                    Nikki C. Carsley, WSBA No. 46650
      119 SW 152nd Street                       Mills Meyers Swartling P.S.
      Burien, WA 98166                          1000 2nd Avenue, 30th Floor
      Telephone: (206) 574-0202                Seattle, WA 98104
      Fax: (206) 574-0101                       Telephone: (206) 382-1000
      E-mail: john@kanninlaw.com                Fax: (206) 386-7343
      *Per 11/14/2018 e-mail                    E-mail: ggrindeland@millsmeyers.com
                                                        ncarsley@millsmeyers.com


**ORDER**

Based on the foregoing, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without an award of fees or costs to any party.

DATED:  November 23, 2018.


Mary Alice Theiler
United States Magistrate Judge


STIPULATION AND ORDER OF DISMISSAL
(No. 2:18-cv-1469) - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343